UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO PAUL OU-YOUNG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAMALA HARRIS, et al.,<br><br>　　　　　Defendants. | Case No.  20-mc-80192-EMC<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Kuang-Bao Paul Ou-Young filed a Civil Rights Complaint against multiple defendants on 10/29/2020.  *See* Docket No. 1 (complaint).  There has been no activity in this case since the complaint was filed including service of complaint on all defendants.

　　　　The Court hereby issues this order to show cause ("OSC").  Mr. Ou-Young is ordered to show cause as to why this case should not be dismissed with prejudice for failure to time serve the complaint Fed. R. Civ. P. 4(m) (complaint must be served within 90 days) and failure to prosecute this case.  Mr. Ou-Young must file his response to this OSC by **May 9, 2023**.  Mr. Ou-Young is forewarned that, if he does not timely file a response, then the Court shall automatically dismiss his case with prejudice based on his failure to prosecute.

　　　　The Court shall serve a copy of this order on Mr. Ou-Young's address of record.  It shall also send a courtesy copy of this order to the email of record: kbouyoung@yahoo.com

　　　　**IT IS SO ORDERED.**

Dated: April 18, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge