UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO PAUL OU-YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA HARRIS, et al.,<br><br>Defendants. | Case No.  20-mc-80192-EMC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Docket No. 2 |

Plaintiff filed this action on October 29, 2020.  Docket No. 1.  After approximately two and a half years of non-action by Plaintiff, this Court issued and Order to Show Cause on April 18, 2023.  Docket No. 2.  That order directed Plaintiff to show cause as to why the case should not be dismissed with prejudice for failure to timely serve the complaint and for failure to prosecute.  *Id.*  The order also warned that the case would be dismissed with prejudice if Plaintiff did not file a timely response.  *Id.*  The response was due on May 9, 2023.  *Id.*  Plaintiff has since not filed any response.  Accordingly, the Court hereby dismisses the case in its entirety with prejudice.

**IT IS SO ORDERED**.

Dated: December 11, 2023

_____
EDWARD M. CHEN
United States District Judge